508 A.2d 1197

**Ernest ODGERS and Arnold Nayowith, Respondents,**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

**and**

**Petition of the SCHOOL DISTRICT OF PHILADELPHIA.**

Supreme Court of Pennsylvania.

April 4, 1986.

## ORDER

PER CURIAM.

AND NOW, this 4th day of April, 1986, the respondents' motion to quash the notice of intervention filed on behalf of The School District of Philadelphia is granted. In addition, the petition for allowance of appeal of The School District of Philadelphia is also quashed.

508 A.2d 1197

**PENNSYLVANIA LABOR RELATIONS BOARD, Respondent,**

v.

**Michael Della VECCHIA, Recorder of Deeds of Allegheny County and County of Allegheny, Petitioners.**

Supreme Court of Pennsylvania.

April 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 36 W.D. Appeal Docket 1986.